David W. Berry, Esq. (SBN 180995)
**BERRY & BABB LAW, P.C.**
3550 Round Barn Blvd., Suite 312
Santa Rosa, CA 95403
Telephone: 707-800-0550
Facsimile: 707-800-0551
david@berryandbabb.com

Attorney for Plaintiff,
BLACK OAK GROUP INC.
d/b/a CARMET SCIENTIFIC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **BLACK OAK GROUP INC. d/b/a CARMET SCIENTIFIC,**<br><br>Plaintiff,<br><br>v.<br><br>**JOLT CHARGE, INC.,**<br><br>Defendant. | Case No. 3:26-cv-10576<br><br>**PLAINTIFF'S DISCLOSURE STATEMENT AND CERTIFICATION OF CONFLICTS, INTERESTED ENTITIES AND PERSONS**<br><br>**Civil L.R. 3-15; Fed. R. Civ. P. 7.1** |

Plaintiff Black Oak Group Inc. d/b/a Carmet Scientific ("Carmet") submits this disclosure statement and certification pursuant to Civil Local Rule 3-15 and Federal Rule of Civil Procedure 7.1.

## I. CIVIL L.R. 3-15 CERTIFICATION

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict or interest (other than the named parties) to report.

## II. FED. R. CIV. P. 7.1 CORPORATE DISCLOSURE

Pursuant to Fed. R. Civ. P. 7.1(a), Black Oak Group Inc. has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Carmet will promptly supplement this disclosure and certification if any information required by Civil L.R. 3-15 or Fed. R. Civ. P. 7.1 changes.

Dated: September 16, 2026

**BERRY & BABB LAW, P.C.**

By: ______________________________
David W. Berry, Esq.
Attorney for Plaintiff
BLACK OAK GROUP INC. d/b/a
CARMET SCIENTIFIC